**Order entered October 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00248-CV

**CONNIE MARIE MACINNES, Appellant**

**V.**

**DEBORAH BUTTS, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC1203784I**

## ORDER

We **GRANT** appellant's October 20, 2014 motion for an extension of time to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on October 17, 2014 filed as of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE